United States v. Ranciglio, 429 F.2d 228 (8th Cir. 1970).

Having so concluded, we pretermit discussion of the waiver of counsel, observing, however, that there was substantial evidence introduced at the hearing on the motion to suppress to support the supreme court's holding that appellant did knowingly and intelligently waive the right to have counsel present at the showup.

The order appealed from is affirmed and our mandate shall issue forthwith.

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Edward Britt WILSON, Defendant-Appellant.**

**No. 30926**
**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

March 31, 1971.

Certiorari Denied June 21, 1971.
See 91 S.Ct. 2253.

Robert B. Thompson, Gainesville, Ga., for defendant-appellant.

John W. Stokes, Jr., U. S. Atty., Robert E. Whitley, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**TEX MANUFACTURING COMPANY,**
**Petitioner-Cross Respondent,**

v.

**The NATIONAL LABOR RELATIONS BOARD, Respondent-Cross Petitioner.**

**No. 30602**
**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

April 6, 1971.

W. A. Thurmond, El Paso, Tex., for petitioner; Scott, Hulse, Marshall & Feuille, El Paso, Tex., of counsel.

---

\* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

\* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., Charles W. Henderson, Director, N.L.R.B., Albuquerque, N. M., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Allison W. Brown, Jr., Lawrence H. Pelofsky, Attys., N.L.R.B., for respondent.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Enforced.   See Local Rule 21.[1]

William Patrick RYAN, Petitioner-Appellant,

v.

STATE OF LOUISIANA, Respondent-Appellee.

No. 31007

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

March 16, 1971.

Rehearing Denied and Rehearing En Banc Denied April 14, 1971.

Robert Glass, New Orleans, La., for petitioner-appellant.

Jim Garrison, Dist. Atty., Louise Korns, Asst. Dist. Atty., Parish of Orleans, New Orleans, La., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed.   See Local Rule 21.[1]

ON PETITION FOR REHEARING
AND PETITION FOR RE-
HEARING EN BANC

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

Adrianus Jacobus VAN DIJK, Petitioner-Appellant,

v.

IMMIGRATION AND NATURALIZA-
TION SERVICE, Appellee.

No. 25033.

United States Court of Appeals,
Ninth Circuit.

March 5, 1971.

1.  See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

* Rule 18, 5 Cir.   See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New

York et al., 5 Cir.1970, 431 F.2d 409, Part I.

1.  See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.